SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213-620-1780
Facsimile: 213-620-1398

MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendant Taco Bell Corp.

Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

Attorneys for Plaintiff Amanda Wentz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| AMANDA WENTZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP, a California corporation, and DOES 1 through 20,<br><br>Defendant | Case No.  2:12-cv-01194-GEB-GGH<br><br>[Complaint Filed:  February 15, 2012]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION TO STRIKE OR STAY TO JULY 30, 2012** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Amanda Wentz ("Plaintiff") and Defendant Taco Bell Corp. ("Defendant") (Plaintiff and Defendant collectively referred to herein as the "Parties"), by and through their respective undersigned counsel, as follows:

WHEREAS, on June 7, 2012, Defendant filed a Motion to Strike or Stay in the above-captioned matter and the hearing was set for July 16, 2012;

WHEREAS, on June 7, 2012, Defendant filed a Motion to Consolidate the above-captioned matter in In re Taco Bell, Eastern District Case No. 1:07 CV 1314 LJO DLB;

WHEREAS, Defendant's Motion to Consolidate was filed with Eastern District Judge Lawrence J. O'Neill and originally set for hearing on July 10, 2012;

WHEREAS, Defendant's Motion to Consolidate was reassigned to Eastern District Magistrate Judge Dennis L. Beck and the hearing was reset for July 20, 2012;

WHEREAS, the Parties respectfully submit that Defendant's Motion to Consolidate should be heard before Defendant's Motion to Strike or Stay, as the ruling on consolidation has bearing on Defendant's Motion to Strike or Stay; and

WHEREAS, the parties have not requested a prior continuance of the hearing date on Defendant's Motion to Strike or Stay.

THEREFORE, it is hereby stipulated and agreed to by and between Plaintiff Amanda Wetnz and Defendant Taco Bell Corporation, through their respective

- 2 -

counsel of record, that the July 16, 2012 hearing on Defendant's Motion to Strike or Stay be continued to July 30, 2012, at 9:00 a.m. in Courtroom 10.

Dated: June 28, 2012       HARRIS & RUBLE

By     /s/ Alan Harris
ALAN HARRIS
Attorneys for Plaintiff
AMANDA WENTZ

Dated: June 28, 2012       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Morgan P. Forsey
TRACEY A. KENNEDY
MORGAN P. FORSEY
Attorneys for Defendant
TACO BELL CORP.

**IT IS SO ORDERED**

**Date: 7/2/2012**

GARLAND E. BURRELL, JR.
United States District Judge

SMRH:405647023.1

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE