1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   TRACEY A. KENNEDY, Cal. Bar No. 150782
3  tkennedy@sheppardmullin.com
   MORGAN P. FORSEY, Cal. Bar No. 241207
4  mforsey@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4109
   Telephone:  415-434-9100
6  Facsimile:   415-434-3947

7  Attorneys for Taco Bell Corp.

8  Alan Harris (SBN 146079)
   Abigail Treanor (SBN 228610)
9  HARRIS & RUBLE
   6424 Santa Monica Boulevard
10 Los Angeles, California 90038
   Telephone:  323.962.3777
11 Facsimile:  323.962.3004
   aharris@harrisandruble.com
12 atreanor@harrisandruble.com

13 Attorneys for Plaintiff Amanda Wentz

14                 UNITED STATES DISTRICT COURT

15        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

16

17

   AMANDA WENTZ, individually,          | Case No.  2:12-cv-01194-GEB-GGH
18
                                        | [Complaint Filed:  February 15, 2012]
19              Plaintiff,
                                        | *Assigned to:  The Hon. Judge Garland
20        v.                            | E. Burrell Jr.*

21 TACO BELL CORP, a California         | **JOINT MOTION TO EXTEND
   corporation, and DOES 1 through 20,  | TIME FOR DEFENDANT TO
22                                       | RESPOND TO THE FIRST
                                        | AMENDED COMPLAINT, AND
23              Defendant.              | [PROPOSED] ORDER**

24                                       | [Fed. R. Civ. P. 41; Eastern District
                                        | Local Rule 144]
25
                                        | Trial Date:   None set
26

27

28

                              -1-

1    Plaintiff Amanda Wentz ("Wentz") and Defendant Taco Bell Corp

2 ("TBC") (collectively, the "parties") jointly move and hereby stipulate, through their

3 undersigned counsel, as follows:

4

5    WHEREAS, on February 15, 2012, Plaintiff Amanda Wentz ("Wentz") filed

6 a Complaint in the Superior Court of California for the County of Solano, Case

7 Number FCS039349, against Defendant Taco Bell Corp. ("TBC"), (Wentz and TBC

8 shall be collectively referred to hereinafter as the "Parties");

9

10    WHEREAS, on April 11, 2012, Wentz filed a First Amended Complaint

11 ("FAC");

12

13    WHEREAS, on May 3, 2012, TBC removed the action to the United States

14 District Court for the Eastern District of California, Case Number 2:12-cv-01194-

15 GEB-GGH;

16

17    WHEREAS, on May 9, 2012, the parties stipulated to a 28-day extension of

18 time for TBC to respond to the FAC;

19

20    WHEREAS, TBC responded to the FAC by filing a Motion to Strike or Stay

21 Wentz's PAGA claims;

22

23    WHEREAS, on July 24, 2012, Wentz stipulated to severing and transferring

24 her PAGA claims to the Court of the Honorable Judge O'Neill;

25

26    WHEREAS, the Parties agree that the FAC is the operative pleading in this

27 action, however, paragraphs 33, 34, 35, 36, 106, 107, 108, 109, 110, and Prayer for

28 Relief paragraph 13, asserting Wentz's PAGA claims shall be deemed stricken from

-2-

1  the FAC since those PAGA claims will be transferred to the Honorable Judge

2  O'Neill by stipulation of the Parties;

3

4      WHEREAS, on September 7, 2012, the Court denied TBC's Motion to Strike

5  or Stay Wentz's PAGA claims;

6

7      WHEREAS, TBC's response to the FAC is presently due on September 21,

8  2012;

9

10      WHEREAS, the Parties are attempting to resolve the various issues in the

11  FAC by settlement;

12

13      WHEREAS, extending TBC's date to respond to the FAC by 14 days will not

14  alter the date of any event nor any deadline already fixed by Court order.

15

16      NOW THEREFORE, to allow Wentz time to complete the process of

17  transferring her PAGA claims to the Court of Judge O'Neill and relieve TBC from

18  the time and expense responding to the FAC which will be altered, or superseded,

19  and to allow the Parties to attempt to resolve the claims for relief pending before this

20  Court through settlement, the Parties respectfully stipulate to and request that this

21  Court enter an order extending TBC's deadline to respond to the FAC to **October 5,**

22  **2012**.

23

24

25

26

27

28

-3-

JOINT MOTION TO EXTEND DEFENDANT'S
                            TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1    THE PARTIES SO STIPULATE.

2

3  Dated:  September 18, 2012

4                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5

6                                  By          /s/ Morgan P. Forsey
7                                            TRACEY A. KENNEDY
                                             MORGAN P. FORSEY
8
9                                          Attorneys for Taco Bell Corp.

10

11  Dated:  September 18, 2012

12                                 HARRIS & RUBLE

13

14                                 By          /s/ Alan Harris
15                                            ALAN HARRIS

16

17                                         Attorneys for Amanda Wentz

18

19        **IT IS SO ORDERED**

20  9/20/12

21  _____
                                     GARLAND E. BURRELL, JR.
22                                   Senior United States District Judge

23

24

25

26

27

28

-4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

JOINT MOTION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO FIRST AMENDED COMPLAINT