SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
TRACEY A. KENNEDY, Cal. Bar No. 150782
tkennedy@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:  415-434-9100
Facsimile:   415-434-3947

Attorneys for Taco Bell Corp.

Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

Attorneys for Plaintiff Amanda Wentz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| AMANDA WENTZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>TACO BELL CORP, a California corporation, and DOES 1 through 20,<br><br>Defendant. | Case No.  2:12-cv-01194-GEB-GGH<br><br>[Complaint Filed:  February 15, 2012]<br><br>*Assigned to:  The Hon. Judge Garland E. Burrell Jr.*<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT, AND [PROPOSED] ORDER**<br><br>[Fed. R. Civ. P. 41; Eastern District Local Rule 144]<br><br>Trial Date:  None set |

-1-

SMRH:406761583.1  JOINT MOTION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO FIRST AMENDED COMPLAINT

1  Plaintiff Amanda Wentz ("Wentz") and Defendant Taco Bell Corp
2  ("TBC") (collectively, the "parties") jointly move and hereby stipulate, through their
3  undersigned counsel, as follows:
4
5  WHEREAS, on February 15, 2012, Plaintiff Amanda Wentz ("Wentz") filed
6  a Complaint in the Superior Court of California for the County of Solano, Case
7  Number FCS039349, against Defendant Taco Bell Corp. ("TBC"), (Wentz and TBC
8  shall be collectively referred to hereinafter as the "Parties");
9
10  WHEREAS, on April 11, 2012, Wentz filed a First Amended Complaint
11  ("FAC");
12
13  WHEREAS, on May 3, 2012, TBC removed the action to the United States
14  District Court for the Eastern District of California, Case Number 2:12-cv-01194-
15  GEB-GGH;
16
17  WHEREAS, on May 9, 2012, the parties stipulated to a 28-day extension of
18  time for TBC to respond to the FAC;
19
20  WHEREAS, TBC responded to the FAC by filing a Motion to Strike or Stay
21  Wentz's PAGA claims;
22
23  WHEREAS, on July 24, 2012, Wentz stipulated to severing and transferring
24  her PAGA claims to the Court of the Honorable Judge O'Neill;
25
26  WHEREAS, the Parties agree that the FAC is the operative pleading in this
27  action, however, paragraphs 33, 34, 35, 36, 106, 107, 108, 109, 110, and Prayer for
28  Relief paragraph 13, asserting Wentz's PAGA claims shall be deemed stricken from

1  the FAC since those PAGA claims will be transferred to the Honorable Judge
2  O'Neill by stipulation of the Parties;

4  WHEREAS, on September 7, 2012, the Court denied TBC's Motion to Strike
5  or Stay Wentz's PAGA claims;

7  WHEREAS, TBC's response to the FAC is presently due on September 21,
8  2012;

10  WHEREAS, the Parties are attempting to resolve the various issues in the
11  FAC by settlement;

13  WHEREAS, extending TBC's date to respond to the FAC by 14 days will not
14  alter the date of any event nor any deadline already fixed by Court order.

16  NOW THEREFORE, to allow Wentz time to complete the process of
17  transferring her PAGA claims to the Court of Judge O'Neill and relieve TBC from
18  the time and expense responding to the FAC which will be altered, or superseded,
19  and to allow the Parties to attempt to resolve the claims for relief pending before this
20  Court through settlement, the Parties respectfully stipulate to and request that this
21  Court enter an order extending TBC's deadline to respond to the FAC to **October 5,**
22  **2012**.

1  THE PARTIES SO STIPULATE.

3  Dated: September 18, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Morgan P. Forsey*
      TRACEY A. KENNEDY
      MORGAN P. FORSEY

Attorneys for Taco Bell Corp.

11  Dated: September 18, 2012

HARRIS & RUBLE

By      */s/ Alan Harris*
      ALAN HARRIS

Attorneys for Amanda Wentz

19  **IT IS SO ORDERED**

20  9/20/12

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge