IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA WENTZ, | CASE NO. CV F 2:12-1194 GEB GGH |
| Plaintiff, | **New Case No. CV F 1:12-1813 LJO DLB** |
| vs. | **ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE** |
| TACO BELL CORP., | (Doc. 9.) |
| Defendant. | |
| _____/ | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *In re Taco Bell Wage and Hour Actions*, Case No. CV F 1:07-1314 LJO DLB. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Dennis L. Beck with a new **CASE NO. CV F 1:12-1813 LJO DLB**. All documents shall bear the new **CASE NO. CV F 1:12-1813 LJO DLB** and the reassignment to U.S. District Judge Lawrence J. O'Neill and  U.S. Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

**Dated:    November 5, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1